01

02

03

04

05

06                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
07                           AT SEATTLE

08  UNITED STATES OF AMERICA,          )   CASE NO. CR96-569-TSZ
                                       )
09          Plaintiff,                 )
                                       )
10          v.                         )   SUMMARY REPORT OF U.S.
                                       )   MAGISTRATE JUDGE AS TO
11  HOLLY KAY PRILL,                   )   ALLEGED VIOLATIONS
                                       )   OF SUPERVISED RELEASE
12          Defendant.                 )
    _____    )

13

14          An evidentiary hearing on supervised release revocation in this case was scheduled before

15  me on April 18, 2006.  The United States was represented by AUSA Bruce Miyaki and the

16  defendant by Michael Filipovic.  The proceedings were digitally recorded.

17          Defendant had been sentenced on or about December 13, 1996 by the Honorable Barbara

18  Jacobs Rothstein on charges of Bank Robbery, Armed Bank Robbery (2 counts); and Using and

19  Carrying a Firearm in Relation to a Crime of Violence, and sentenced to 123 months custody, 5

20  years supervised release.

21          The conditions of supervised release included the standard conditions plus the requirements

22  that defendant not possess any firearms, submit to search, participate in drug treatment and testing,

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

01    participate in mental health counseling, provide access to financial information, and pay restitution

02    in the amount of $6,974.57.  Defendant commenced supervision on February 14, 2006.  The

03    conditions of supervised release were modified to require defendant to reside in a community

04    corrections center for up to 180 days, to include a pre-release component.  (Dkt. 46.)

05         In an application dated February 27, 2006 (Dkt 47), U.S. Probation Officer Christopher

06    S. Luscher alleged the following violation of the conditions of probation:

07         1.      Failing to reside in and satisfactorily participate in a community sanction center,

08    as of February 23, 2006, in violation of the special condition that she reside in and satisfactorily

09    participate in a community sanction center as a condition of supervision for up to 180 days.

10         Defendant was advised in full as to those charges and as to her constitutional rights.

11         Defendant admitted the alleged violations and waived any evidentiary hearing as to

12    whether they occurred.

13         I therefore recommend the Court find defendant violated her supervised release as alleged,

14    and that the Court conduct a hearing limited to the issue of disposition.  The next hearing will be

15    set before Judge Zilly.

16         Pending a final determination by the Court, defendant has been detained.

17         DATED this  18th  day of  April , 2006.

18

                         Mary Alice Theiler

19                          United States Magistrate Judge

20

cc:     District Judge:           Honorable Thomas S. Zilly

21        AUSA:                Bruce Miyaki

       Defendant's attorney:     Michael Filipovic

22        Probation officer:       Christopher S. Luscher

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2